UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| BILLY COTTRELL, | CIVIL ACTION NO. 6:15-195-KKC |
| Plaintiff, | |
| V. | **ORDER** |
| LVNV FUNDING, LLC, *et al.*, | |
| Defendants. | |

\*\*\* \*\*\* \*\*\*

On January 9, 2016, the Plaintiff filed a notice that he accepted the Defendants' offer of judgment. [DE 7.] Then, on February 8, 2016, the Plaintiff filed another notice indicating that the parties reached an agreement as to the amount of attorney's fees and costs to be recovered under the Plaintiff's acceptance of Defendant's offer of judgment. [DE 8.]

Accordingly, the Court **ORDERS** that this matter is hereby **DISMISSED** and **STRICKEN** from the Court's active docket.

Dated February 10, 2016.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY